**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____    Chapter **7**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **PrecisionHawk, Inc.** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-3284844** | |

4. **Debtor's address**

**Principal place of business**

**410 Glenwood Avenue, Suite 200**
**Raleigh, NC 27603**
Number, Street, City, State & ZIP Code

**Wake**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)    **www.precisionhawk.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **PrecisionHawk, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

| Debtor | **PrecisionHawk, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | Case number, if known |

**11.** **Why is the case filed in *this district*?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency

Contact name

Phone

---

| ■ | **Statistical and administrative information** |
|---|---|

**13.** **Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor  **PrecisionHawk, Inc.** _____   Case number (*if known*) _____
      Name

☐ $50,001 - $100,000        ■ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion

☐ $100,001 - $500,000        ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion

☐ $500,001 - $1 million        ☐ $100,000,001 - $500 million        ☐ More than $50 billion

Debtor   **PrecisionHawk, Inc.**
_____
Name

Case number (*if known*) _____

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 14, 2023**
_____
MM / DD / YYYY

**X** **/s/ Krister Pedersen**
_____
Signature of authorized representative of debtor

**Krister Pedersen**
_____
Printed name

Title   **Chairman of the Board**
_____

**18. Signature of attorney**

**X** **/s/ Jason L. Hendren**
_____
Signature of attorney for debtor

Date   **December 14, 2023**
_____
MM / DD / YYYY

**Jason L. Hendren**
_____
Printed name

**Hendren, Redwine & Malone, PLLC**
_____
Firm name

**4600 Marriott Drive**
**Suite 150**
**Raleigh, NC 27612**
_____
Number, Street, City, State & ZIP Code

Contact phone   **(919) 420-7867**        Email address   **jhendren@hendrenmalone.com**

**NC State Bar 26869 NC**
_____
Bar number and State

**Fill in this information to identify the case:**

Debtor name     **PrecisionHawk, Inc.**

United States Bankruptcy Court for the:     EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)     _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors      **12/15**

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■  *Schedule H: Codebtors* (Official Form 206H)
- ■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐  Amended *Schedule*
- ☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐  Other document that requires a declaration     _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **December 14, 2023**          X */s/ Krister Pedersen*
                                                Signature of individual signing on behalf of debtor

                                                **Krister Pedersen**
                                                Printed name

                                                **Chairman of the Board**
                                                Position or relationship to debtor

| Fill in this information to identify the case: |
| --- |

Debtor name **PrecisionHawk, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

### Part 1:  Summary of Assets

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................  $     0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..............................................................................  $     3,837,143.77

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................  $     3,837,143.77

### Part 2:  Summary of Liabilities

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................  $     13,777,633.00

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................  $     103,794.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................  +$     3,672,197.86

4.  **Total liabilities** ...............................................................................................
    Lines 2 + 3a + 3b

    $     17,553,624.86

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name   **PrecisionHawk, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                                       12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **PayPal (Merchant Acct ID: JQURFAU35XQZL)** | | | $0.00 |
| 3.2. | **Pacific Western Bank** | **Checking** | 2257 | $132,186.93 |
| 3.3. | **Pacific Western Bank** | **Money Market** | 6736 | $0.00 |
| 3.4. | **Pacific Western Bank** | **Money Market** | 4774 | $0.00 |
| 3.5. | **Pacific Western Bank "Cash Secured Letter of Credit"** | | 8444 | $157,655.94 |
| 3.6. | **Stripe** | **Checking** | | $2,884.04 |

4.     **Other cash equivalents** *(Identify all)*

Debtor    **PrecisionHawk, Inc.**                                    Case number *(If known)* _____
          <sub>Name</sub>

---

5.    **Total of Part 1.**                                                              | **$292,726.91** |

    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | **Deposits and Prepayments** |

**6. Does the debtor have any deposits or prepayments?**

  ☐ No.  Go to Part 3.
  ■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

    7.1.   **Security deposit held by VA landlord**                          **$1,600.00**

---

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                              | **$1,600.00** |

    Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |

**10. Does the debtor have any accounts receivable?**

  ☐ No.  Go to Part 4.
  ■ Yes Fill in the information below.

11.   **Accounts receivable**

    11a. 90 days old or less:    **732,034.78** -       **0.00** = ....     **$732,034.78**
               <sub>face amount</sub>            <sub>doubtful or uncollectible accounts</sub>

    11b. Over 90 days old:    **31,582.08** -       **0.00** =....     **$31,582.08**
               <sub>face amount</sub>            <sub>doubtful or uncollectible accounts</sub>

12.   **Total of Part 3.**                                                             | **$763,616.86** |

    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |

**13. Does the debtor own any investments?**

  ☐ No.  Go to Part 5.
  ■ Yes Fill in the information below.

|  | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|
| 14.   **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: |  |  |
| 15.   **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** |  |  |

---

Debtor    **PrecisionHawk, Inc.**                                    Case number *(If known)* _____
　　　　　　Name

| | Name of entity: | % of ownership | | |
|---|---|---|---|---|
| | **Precision Hawk Canada Inc. (98-1191830)** | | | |
| 15.1. | **Owns PrecisionHawk UK Ltd. (UK Co) and Precision Hawk USA, Inc. (IN Co) (46-2699044).** | **100** % | **N/A** | **Unknown** |
| 15.2. | **PrecisionHawk Europe GmbH (German Co)** | **100** % | **N/A** | **Unknown** |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
    Describe:

17. **Total of Part 4.**
    Add lines 14 through 16. Copy the total to line 83.

    **$0.00**

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Desks, chairs, conference room tables and chairs, receptions chairs, sofas, kitchenware, file cabinets and other standard office equipment located in Raleigh, NC** | **Unknown** | **N/A** | **$50,000.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Audio equipment, 11 TVs, 48 laptops, 75 monitors, 19 tablets, 12 printers, server equipment and 5 desk top computers in Raleigh, NC** | **Unknown** | **N/A** | **$10,000.00** |
| | **Licenses and specialized software** | **Unknown** | **N/A** | **Unknown** |

Debtor    **PrecisionHawk, Inc.**                                    Case number *(If known)* _____
          Name

| | | | |
|---|---|---|---|
| **Office equipment, computers, etc. Virginia Beach, VA** | Unknown | N/A | Unknown |
| **35 laptops in possession of former employees** | Unknown | N/A | $7,000.00 |

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**                                            | $67,000.00 |
     Add lines 39 through 42.  Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
     ■ No
     ☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49.  **Aircraft and accessories** | | | |
| 49.1.  **Drone inventory, sensors and related equipment in Raleigh, NC** | Unknown | N/A | $500,000.00 |
| 49.2.  **Drone inventory, sensors and related equipment in Virginia Beach, VA** | Unknown | N/A | $100,000.00 |
| 49.3.  **Drone inventory, sensors and related equipment in Vacaville CA storage unit** | Unknown | N/A | $100,000.00 |
| 49.4.  **Drone inventory, sensors and related equipment in Floresville, Texas** | Unknown | N/A | $400,000.00 |
| 50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Two (2) Polaris ATVs** | Unknown | N/A | $7,200.00 |

Debtor **PrecisionHawk, Inc.**

Name

Case number *(If known)* _____

51. **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| $1,107,200.00 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 9: | **Real property** |

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.

☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** **Developed technology (Hazon & InspecTools)** | Unknown | N/A | Unknown |
| **Patent No. 11,544,919** **Registered Trademarks: PrecisionAnalytics, PRECISIONFLIGHT, UPLIFT, Uplift Data Partners, PRECISIONHAWK (US, China, EUTM, UK)** | Unknown | N/A | Unknown |

61. **Internet domain names and websites**

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $0.00 |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No

☐ Yes

Debtor   **PrecisionHawk, Inc.**
_____
<sub>Name</sub>   Case number *(If known)* _____

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 11:**   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) |  |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) |  |
|  | **ERC tax credit**     Tax year _____ | **$1,600,000.00** |
| 73. | **Interests in insurance policies or annuities** |  |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** |  |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |  |
| 76. | **Trusts, equitable or future interests in property** |  |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |  |
|  | **General office supplies in Raleigh, NC** | **$5,000.00** |

78.   **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.

| **$1,605,000.00** |
|---|

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor **PrecisionHawk, Inc.** _____   Case number *(If known)* _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $292,726.91 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,600.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $763,616.86 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $67,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,107,200.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,605,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,837,143.77 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,837,143.77 |

**Fill in this information to identify the case:**

Debtor name    **PrecisionHawk, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|
| **2.1** | **Eastward Fund Management, LLC**<br>Creditor's Name<br><br>**Attn: Managing Agent**<br>**432 Cherry Street**<br>**West Newton, MA 02465**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**All assets**<br><br>**Describe the lien**<br>**UCC-1**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes | | **$10,000,000.00** | **Unknown** |

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**10/1/2019**
Last 4 digits of account number

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
|---|---|
| ■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| **2.2** | **Headwall Photonics Inc.**<br>Creditor's Name<br>**Attn: Managing Agent**<br>**580 Main Street**<br>**Bolton, MA 01740**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**2 Altax 12S flight packs and 1 co-aligned HP VNIR-SWIR package**<br><br>**Describe the lien**<br>**UCC-1**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes | | **$197,633.00** | **Unknown** |

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**7/11/2023**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor **PrecisionHawk, Inc.**
Name

Case number (if known) _____

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **KVS Technologies AS** |
|---|---|

Creditor's Name

**Vestre Svanholmen 12
4313 Sandnes Norway**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
2/28/2023**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**All assets**

Describe the lien
**UCC-1**
**Is the creditor an insider or related party?**
☐ No
■ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,580,000.00    Unknown

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $13,777,633.00

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Eversheds Sutherland LLP
Attn: Lance Phillips
227 West Monroe St, Ste 6000
Chicago, IL 60606** | Line  **2.3** | |

---

**Fill in this information to identify the case:**

Debtor name **PrecisionHawk, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.**
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Brian Smith**<br>**204 Esquire Lane**<br>**Cary, NC 27513** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,791.67 | $4,791.67 |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid Severance** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |
| **2.2** | Priority creditor's name and mailing address<br>**California Dept. of Revenue**<br>**Attn: Managing Agent or Officer**<br>**3321 Power Inn Road, Ste 210**<br>**Sacramento, CA 95826** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | Unknown |
|  | Date or dates debt was incurred | Basis for the claim:<br>**For Notice Purposes Only** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

Debtor **PrecisionHawk, Inc.**                                     Case number (if known) _____
_____
Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,385.33 | $5,385.33 |
|---|---|---|---|---|

**Clayton Morgan**
**5125 Milner Drive**
**Raleigh, NC 27606**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Unpaid Severance**

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Colorado Dept. of Revenue**
**Attn: Managing Agent**
**P.O. Box 17087**
**Denver, CO 80217**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Delaware Division of Revenue**
**Attn: Managing Agent**
**820 North French Street**
**Wilmington, DE 19801**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**District of Columbia Dept. of Rev.**
**Attn: Managing Agent**
**1101 4th Street SW #270**
**Washington, DC 20024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

Debtor   **PrecisionHawk, Inc.**
_____
Name

Case number (if known) _____

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Florida Department of Revenue**
**Attn: Managing Agent**
**P. O. Box 6668**
**Tallahassee, FL 32314-6668**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Illinois Dept. of Revenue**
**Attn: Managing Agent**
**P.O. Box 19035**
**Springfield, IL 62794**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Indiana Department of Revenue**
**Attn: Managing Agent**
**P.O. Box 7206**
**Indianapolis, IN 46207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency Operations**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

Debtor **PrecisionHawk, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| **2.11** Priority creditor's name and mailing address<br>**Iowa Dept. of Revenue**<br>**Attn: Managing Agent**<br>**P.O. Box 10330**<br>**Des Moines, IA 50306** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**   **Unknown** |
| Date or dates debt was incurred | Basis for the claim:<br>**For Notice Purposes Only** | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | |
|---|---|---|
| **2.12** Priority creditor's name and mailing address<br>**Jamie Shelley**<br>**305 Kingfisher**<br>**Mc Cormick, SC 29835** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,208.33**   **$5,208.33** |
| Date or dates debt was incurred | Basis for the claim:<br>**Unpaid Severance** | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | |
|---|---|---|
| **2.13** Priority creditor's name and mailing address<br>**Jim Slaight**<br>**1713 Spot Lane**<br>**Carolina Beach, NC 28428** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$74,742.00**   **$15,150.00** |
| Date or dates debt was incurred<br>**6/6/2023 - 10/2/2023** | Basis for the claim:<br>**Unpaid commissions** | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | |
|---|---|---|
| **2.14** Priority creditor's name and mailing address<br>**Korey Macvittie**<br>**19 Addison Park Dr NW, Apt 311**<br>**Huntsville, AL 35806** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,375.00**   **$5,375.00** |
| Date or dates debt was incurred | Basis for the claim:<br>**Unpaid Severance** | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

Debtor    **PrecisionHawk, Inc.**                                             Case number (if known)  _____
          _____
          Name

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**2.15** Priority creditor's name and mailing address

**Maryland Dept. of Revenue**
**Attn: Managing Agent**
**60 West Street, Ste 102**
**Annapolis, MD 21401**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**                    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.16** Priority creditor's name and mailing address

**Michigan Dept. of Revenue**
**Attn: Managing Agent**
**P.O. Box 30199**
**Lansing, MI 48909**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**                    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.17** Priority creditor's name and mailing address

**NC Department of Revenue**
**Attn: Bankruptcy Unit**
**P.O. Box 1168**
**Raleigh, NC 27602-1168**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**                    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.18** Priority creditor's name and mailing address

**New Jersey Dept. of Revenue**
**Attn: Managing Agent**
**P.O. Box 245**
**Trenton, NJ 08695**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**                    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **PrecisionHawk, Inc.**
_____
Name

Case number (if known) _____

| 2.19 | Priority creditor's name and mailing address **New York Dept of Revenue** **Attn: Managing Agent** **P.O. Box 5300** **Albany, NY 12205** | As of the petition filing date, the claim is: _Check all that apply._ ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

�True No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address **Pennsylvania Department of Revenue** **Attn: Managing Agent** **P.O. Box 280407** **Harrisburg, PA 17128** | As of the petition filing date, the claim is: _Check all that apply._ ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address **Rhode Island Division of Taxation** **Attn: Managing Agent** **One Capitol Hill, 1st Floor** **Providence, RI 02908** | As of the petition filing date, the claim is: _Check all that apply._ ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address **Shaan Luthra** **14437 SE 89th Place** **Renton, WA 98059** | As of the petition filing date, the claim is: _Check all that apply._ ☐ Contingent ☐ Unliquidated ☐ Disputed | **$5,000.00** | **$5,000.00** |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:
**Unpaid Severance**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

Debtor **PrecisionHawk, Inc.**
_____    Case number (if known) _____
Name

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,291.67 | $3,291.67 |
|---|---|---|---|---|

**Steven Morris**
**400 W North St, Apt 806**
**Raleigh, NC 27603**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid Severance**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Texas Dept. of Revenue**
**Attn: Managing Agent**
**P.O. Box 13528, Capital Station**
**Austin, TX 78711**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Utah Dept. of Revenue**
**Attn: Managing Agent**
**210 North 1950 West**
**Salt Lake City, UT 84134**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Virginia Dept of Revenue**
**Attn: Managing Agent**
**P.O. Box 1115**
**Richmond, VA 23218**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **PrecisionHawk, Inc.**
    Name
Case number *(if known)*

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**2.27** Priority creditor's name and mailing address
**Washington State Dept. of Revenue**
**Attn: Bankruptcy Unit**
**2101 4th Ave, Suite 1400**
**Seattle, WA 98121**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.28** Priority creditor's name and mailing address
**Wisconsin Dept. of Revenue**
**Attn: Managing Agent**
**P.O. Box 8949**
**Madison, WI 53708**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address
**410 Glenwood Avenue Property, LLC**
**Attn: Managing Agent**
**3901 Barrett Drive, Ste 102**
**Raleigh, NC 27609-8000**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$242,667.75**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Unpaid rent**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address
**Aerial Edge, LLC**
**Attn: Managing Agent**
**3901 Barrett Drive, Ste 102**
**Chatsworth, CA 91311**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$200.00**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address
**Amazon Business**
**Attn: Managing Agent**
**410 Terry Ave N**
**Seattle, WA 98109**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$215.53**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **PrecisionHawk, Inc.**                                    Case number (if known) _____
_____
Name

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$47,053.80** |
|---|---|---|---|

**American Express**
Attn: Managing Agent
P.O. Box 6031
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Credit card debt**

**Last 4 digits of account number  1008**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$722.50** |
|---|---|---|---|

**Baker & McKenzie, LLP**
Attn: Managing Agent
300 East Randolph Street, Ste 5000
Chicago, IL 60601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Legal fees**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,594.90** |
|---|---|---|---|

**CDW Direct**
Attn: Managing Agent
2245 Gateway Access Point, Ste 202
Raleigh, NC 27607

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19.00** |
|---|---|---|---|

**Checkr Inc.**
Attn: Managing Agent
1 Montgomery Street
San Francisco, CA 94108

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,597.50** |
|---|---|---|---|

**Chestek PLLC**
Attn: Managing Agent
P.O. Box 2492
Raleigh, NC 27602

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Legal fees**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$381.14** |
|---|---|---|---|

**Cintas Corporation**
Attn: Managing Agent
1003 Twin Creek Court
Durham, NC 27703

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$389.64** |
|---|---|---|---|

**City of Virginia Beach**
Attn: Managing Agent
2401 Courthouse Drive
Virginia Beach, VA 23456

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **PrecisionHawk, Inc.** _____  Case number (if known) _____
         Name

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $197,214.75 |
|---|---|---|---|

**Codahead**
Attn: Managing Agent
Rydlowka 20
Krakow Poland

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Business debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,610.08 |
|---|---|---|---|

**Corserva, Inc.**
Attn: Managing Agent
100 Technology Drive
Trumbull, CT 06611

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Business debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,139.87 |
|---|---|---|---|

**Detechtion**
Attn: Managing Agent
8 Greenway Plaza, Ste 1300
Houston, TX 77046

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Business debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $435.00 |
|---|---|---|---|

**DISA Inc.**
Attn: Managing Agent
10900 Corporate Centre Dr, Ste 250
Houston, TX 77041

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Business debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,678.00 |
|---|---|---|---|

**DJI**
DJI Sky City
No 55 Xianyuan Rd, Nanshan District
Shenzhen China

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Business debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $166,015.90 |
|---|---|---|---|

**DLA Piper LLP**
Attn: Managing Agent
4141 Parklake Avenue, Ste 300
Raleigh, NC 27612

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Business debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,631.56 |
|---|---|---|---|

**Drone Nerds Inc.**
Attn: Managing Agent
5553 Anglers Avenue, Ste 109
Fort Lauderdale, FL 33312

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Business debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **PrecisionHawk, Inc.**
_____
Name

Case number (if known) _____

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**Equifax Information Services LLC**
**Attn: Managing Agent**
**P.O. Box 740241**
**Atlanta, GA 30374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,800.00 |
|---|---|---|---|

**eShares, Inc. dba Carta**
**Attn: Managing Agent**
**333 Bush Street**
**San Francisco, CA 94104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,345.77 |
|---|---|---|---|

**ESRI**
**Attn: Managing Agent**
**380 New York Street**
**Redlands, CA 92373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,299.81 |
|---|---|---|---|

**Federal Express**
**Attn: Managing Agent**
**3875 Airways, ModuleH3 Dept 4634**
**Memphis, TN 38116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,484.00 |
|---|---|---|---|

**Formagrid, Inc. dba Airtable**
**Attn: Managing Agent**
**799 Market Street, 8th Floor**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,531.04 |
|---|---|---|---|

**Global Telecom Tech.**
**Attn: Managing Agent**
**P.O. Box 382828**
**Pittsburgh, PA 15251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,780.10 |
|---|---|---|---|

**Gowlings**
**Place Ville Marie Montreal, 3700-1**
**Qubec H3B3P4 Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **PrecisionHawk, Inc.**
_____     Case number (if known) _____
Name

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,735.82 |
|---|---|---|---|

**Greenhouse Software, Inc.**
**Attn: Managing Agent**
**P.O. Box 392683**
**Pittsburgh, PA 15251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Business debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,800.00 |
|---|---|---|---|

**Gresco**
**Attn: Managing Agent**
**1135 Rumble Road**
**Forsyth, GA 31029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Business debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,020.00 |
|---|---|---|---|

**HubSpot, Inc.**
**Attn: Managing  Agent**
**2 Canal Park**
**Cambridge, MA 02141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Business debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,784.95 |
|---|---|---|---|

**Infared Inspections LLC**
**Attn: Managing Agent**
**2105 W. Cardinal Drive**
**Beaumont, TX 77705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Business debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Innovative Ventures**
**Attn: Managing Agent**
**38955 HIlls Tech Dr, Ste 100**
**Farmington, MI 48331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Business debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**Inspired Flight**
**Attn: Managing Agent**
**225 Suburban Road**
**San Luis Obispo, CA 93401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Business debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $312.00 |
|---|---|---|---|

**Jaden Hewitt**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Business debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **PrecisionHawk, Inc.**
_____     Case number (if known) _____
Name

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59,592.00 |
|---|---|---|---|

**Jim Slaight**
**1713 Spot Lane**
**Carolina Beach, NC 28428**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Unsecured portion of unpaid commissions**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**KISI, Inc.**
**Attn: Managing Agent**
**45 Main Street, Ste 608**
**Brooklyn, NY 11201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Business debt**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55,616.00 |
|---|---|---|---|

**Kopius, Inc.**
**Attn: Managing Agent**
**3005 112th Avenue, Ste 150**
**Bellevue, WA 98004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Business debt**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,197.00 |
|---|---|---|---|

**Lel Building Services**
**Attn: Managing Agent**
**5041 Corporate Woods Drive**
**Virginia Beach, VA 23462**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Business debt**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $751.98 |
|---|---|---|---|

**Magellan Healthcare**
**Attn: Managing Agent**
**6303 Cowboys Way**
**Frisco, TX 75034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Business debt**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,285.00 |
|---|---|---|---|

**Marshall & White, PC**
**Attn: Managing Agent**
**1629 K Street NW, Ste 300**
**Washington, DC 20006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Legal fees**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,567.00 |
|---|---|---|---|

**Mixpanel, Inc.**
**Attn: Managing Agent**
**One Front Street, Floor 28**
**San Francisco, CA 94111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Business debt**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **PrecisionHawk, Inc.**                                             Case number (if known) _____
_____
Name

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,801.64 |
|---|---|---|---|

**Namely**
Attn: Managing Agent
195 Broadway, 15th Floor
New York, NY 10007

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,500.00 |
|---|---|---|---|

**NRECA**
Attn: Managing Agent
4301 Wilson Blvd.
Arlington, VA 22203

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,814.74 |
|---|---|---|---|

**ON24, Inc.**
Attn: Managing Agent
50 Beale Street, 8th Floor
San Francisco, CA 94105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $148,325.52 |
|---|---|---|---|

**Onica**
Attn: Managing Agent
1 Fanatical Place
San Antonio, TX 78239

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,775.20 |
|---|---|---|---|

**Oracle**
Attn: Managing Agent
2399 Oracle Way
Austin, TX 78741

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |
|---|---|---|---|

**Pix4dEU Lausanne**
Attn: Managing Agent
Route de Renens 24
Prilly 1008 Switzerland

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $948,460.64 |
|---|---|---|---|

**Pointivo Inc.**
Attn: Managing Agent
919 N. Market Street, Ste 950
Wilmington, DE 19801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **PrecisionHawk, Inc.**    Case number (if known) _____
_____
Name

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,223,785.46 |
|---|---|---|---|

**PrecisionHawk Canada Inc.**
Attn: Managing Agent
410 Glenwood Ave
Raleigh, NC 27611

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** _Intercompnay debt_

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,883.57 |
|---|---|---|---|

**PrecisionHawk UK Ltd.**
Attn: Managing Agent
410 Glenwood Ave
Raleigh, NC 27611

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** _Business debt_

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $69,236.60 |
|---|---|---|---|

**PrecisionHawk USA, Inc.**
Attn: Managing Agent
334 North State Avenue
Indianapolis, IN 46204

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** _Business debt_

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $807.61 |
|---|---|---|---|

**Safety Skills**
Attn: Managing Agent
519 NW 23rd Street
Oklahoma City, OK 73103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** _Business debt_

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $61,763.14 |
|---|---|---|---|

**SIA SPH Engineering**
Attn: Managing Agent
Dzirnavu 62-9
Riga LV-1050 Latvia

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** _Business debt_

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $550.00 |
|---|---|---|---|

**Skyline Exhibits & Events**
Attn: Managing Agent
600 Airport Blvd. #1300
Morrisville, NC 27560

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** _Business debt_

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,744.42 |
|---|---|---|---|

**Slack Technologies, Inc.**
Attn: Managing Agent
6031 Harris Technology Blvd.
Charlotte, NC 28269

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** _Business debt_

Is the claim subject to offset? ☒ No ☐ Yes

| Debtor | **PrecisionHawk, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,007.00**

**Sloivi AB**
**Östra Hamngatan 19**
**411 06 Gothenburg, Sweden**

Date(s) debt was incurred
Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,303.75**

**Smith Anderson Blount Dorsett**
**Attn: Managing Agent**
**150 Fayetteville St, Ste 2300**
**Raleigh, NC 27601**

Date(s) debt was incurred
Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal fees**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,080.00**

**Statile Law**
**Attn: Managing Agent**
**4030 Wake Forest Road, Ste 349**
**Raleigh, NC 27609**

Date(s) debt was incurred
Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal fees**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,958.81**

**TeamViewer**
**Attn: Managing Agent**
**5741 Rio Vista Drive**
**Clearwater, FL 33760**

Date(s) debt was incurred
Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$56,472.00**

**Valence Group**
**Attn: Managing Agent**
**430 Austin Street, Ste B**
**San Antonio, TX 78215**

Date(s) debt was incurred
Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,000.00**

**Vanta Inc**
**Attn: Managing Agent**
**369 Hayes Street**
**San Francisco, CA 94102**

Date(s) debt was incurred
Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$503.57**

**Velocity EHS**
**Attn: Managing Agent**
**222 Merchandise Mart Pl, Ste 1750**
**Chicago, IL 60654**

Date(s) debt was incurred
Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **PrecisionHawk, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,066.80** |
|---|---|---|---|

**Webonise US LLC**
**Attn: Managing Agent**
**8354 Six Forks Road, Ste 204**
**Raleigh, NC 27615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Business debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$52,500.00** |
|---|---|---|---|

**Weights & Biases**
**Attn: Managing Agent**
**1479 Folsom Street**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Business debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$178.00** |
|---|---|---|---|

**Willis Towers Watson NE, Inc.**
**Attn: Managing Agent**
**200 Liberty Street**
**New York, NY 10080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Business debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$24,635.00** |
|---|---|---|---|

**Zoom**
**Attn: Managing Agent**
**55 Almaden Blvd., Ste 6000**
**San Jose, CA 95113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Business debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

### Part 3:   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Aerial Edge, LLC**<br>**Attn: Managing Agent**<br>**4060 Fort Huger Drive**<br>**Smithfield, VA 23430** | Line **3.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Global Telecom Tech.**<br>**Attn: Managing Agent**<br>**2550 Eisenhower Ave Bldg A Ste A102**<br>**Norristown, PA 19403** | Line **3.23**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Greenhouse Software, Inc.**<br>**Attn: Managing Agent**<br>**228 Park Ave**<br>**New York, NY 10003-1502** | Line **3.25**<br><br>☐ Not listed. Explain ____ | _ |

### Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | Total of claim amounts |
|---|---|

Debtor    **PrecisionHawk, Inc.**
_____
Name

Case number (*if known*)    _____

| | | |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $       **103,794.00** |
| **5b. Total claims from Part 2** | 5b. + | $       **3,672,197.86** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $       **3,775,991.86** |

**Fill in this information to identify the case:**

Debtor name **PrecisionHawk, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property*
(Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest — **Lease of office space located at 410 Glenwood Avenue, Ste 200 & 202** <br><br> State the term remaining **2/2025** <br><br> List the contract number of any government contract | **410 Glenwood Avenue Property, LLC** <br> **Attn: Managing Agent** <br> **3901 Barrett Drive, Ste 102** <br> **Raleigh, NC 27609-8000** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest — **Master Service Agreement** <br><br> State the term remaining **6/2/2025** <br><br> List the contract number of any government contract | **AES** <br> **Attn: Managing Agent** <br> **4300 Wilson Boulevard 11th Floor** <br> **Arlington, VA 22203** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest — **AEP General Term and Conditions for Labor and Services** <br><br> State the term remaining **12/31/2026** <br><br> List the contract number of any government contract | **American Electric Power** <br> **Attn: Managing Agent** <br> **1 Riverside Plaza, 22nd Floor** <br> **Columbus, OH 43215** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest — **Master service agreemet CW2227790** <br><br> State the term remaining <br><br> List the contract number of any government contract | **BP America** <br> **Attn: Managing Agent** <br> **501 Westlake Park Blvd.** <br> **Houston, TX 77079** |

Debtor 1    **PrecisionHawk, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)* _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest — **Master Service Agreement**

State the term remaining

List the contract number of any government contract

**Calyx Energy III, LLC**
**Attn: Managing Agent**
**6120 S Yale Ave, Ste 1480**
**Tulsa, OK 74136**

**2.6.** State what the contract or lease is for and the nature of the debtor's interest — **General Terms & Conditions Agreement**

State the term remaining

List the contract number of any government contract

**Concho Valley Electric Coop**
**Attn: Managing Agent**
**2530 Pulliam Street**
**San Angelo, TX 76905**

**2.7.** State what the contract or lease is for and the nature of the debtor's interest — **General Terms & Conditions Agreement**

State the term remaining

List the contract number of any government contract

**Dominion Energy**
**Attn: Managing Agent**
**2400 Grayland Ave**
**Richmond, VA 23220**

**2.8.** State what the contract or lease is for and the nature of the debtor's interest — **General Terms & Conditions Agreement**

State the term remaining

List the contract number of any government contract

**FirstEnergy Service Company**
**Attn: Managing Agent**
**800 Cabin HIll Drive**
**Greensburg, PA 15601**

**2.9.** State what the contract or lease is for and the nature of the debtor's interest — **Terms Agreement**

State the term remaining

List the contract number of any government contract

**FPL/NextEra**
**Attn: Managing Agent**
**700 Universe Blvd.**
**North Palm Beach, FL 33408**

Debtor 1   **PrecisionHawk, Inc.**

First Name      Middle Name      Last Name          Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.10.** State what the contract or lease is for and the nature of the debtor's interest   **Subcontract agreement T&M No. PO10250550** | |
| State the term remaining | **Leidos NISC IV** <br> **Attn: Managing Agent** <br> **400 Virginia Ave, Ste 500** <br> **Washington, DC 20024** |
| List the contract number of any government contract | |
| **2.11.** State what the contract or lease is for and the nature of the debtor's interest   **Master major service contract for U.S. operations for UAS and aerial survey use. MSA-0002956** | |
| State the term remaining | **Marathon Oil Company** <br> **Attn: Managing Agent** <br> **5555 San Felipe Road** <br> **Houston, TX 77056** |
| List the contract number of any government contract | |
| **2.12.** State what the contract or lease is for and the nature of the debtor's interest   **Contract No. C2545** | |
| State the term remaining | **Memphis Light, Gas & Water** <br> **Attn: Managing Agent** <br> **220 S Main Street** <br> **Memphis, TN 38103** |
| List the contract number of any government contract | |
| **2.13.** State what the contract or lease is for and the nature of the debtor's interest   **Master Service Agreement** | |
| State the term remaining | **PG&E** <br> **Attn: Managing Agent** <br> **301 County Airport Road** <br> **Vacaville, CA 95688** |
| List the contract number of any government contract | |
| **2.14.** State what the contract or lease is for and the nature of the debtor's interest   **Master subcontract agreement** | |
| State the term remaining | **Potosi Farms** <br> **Attn: Managing Agent** <br> **2511 Potosi Road** <br> **Abilene, TX 79603** |
| List the contract number of any government contract | |

Debtor 1   **PrecisionHawk, Inc.**

First Name _____ Middle Name _____ Last Name _____

Case number *(if known)* _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.15.** State what the contract or lease is for and the nature of the debtor's interest — **Master Service Agreement**

State the term remaining

List the contract number of any government contract

**Southern California Edison Company**
**Attn: Managing Agent**
**2244 Walnut Grove Ave**
**Rosemead, CA 91770**

**2.16.** State what the contract or lease is for and the nature of the debtor's interest — **Professional services agreement**

State the term remaining

List the contract number of any government contract

**Spright**
**Attn: Managing Agent**
**1445 N. Fiesta Blvd., Ste 101**
**Gilbert, AZ 85233**

**2.17.** State what the contract or lease is for and the nature of the debtor's interest — **General Terms & Conditions Agreement**

State the term remaining

List the contract number of any government contract

**Terabase Energy, Inc.**
**Attn: Managing Agent**
**2222 Harold Way, Ste 200**
**Berkeley, CA 94704**

**2.18.** State what the contract or lease is for and the nature of the debtor's interest — **The Debtor can provide to the Trustee upon request**

State the term remaining

List the contract number of any government contract

**Various NDAs**

**2.19.** State what the contract or lease is for and the nature of the debtor's interest — **Hanger lease- building 18**

State the term remaining

List the contract number of any government contract

**Virginia Aviation Associates L.L.C.**
**Attn: Managing Agent**
**5172 W. Military Highway, Ste A**
**Chesapeake, VA 23321**

**Fill in this information to identify the case:**

Debtor name __**PrecisionHawk, Inc.**__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF NORTH CAROLINA__

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Precision Hawk USA, Inc.** | **Attn: Managing Agent 8601 Six Forks Road, Ste 600 Raleigh, NC 27615** | **Eastward Fund Management, LLC** | ☑ D __2.1__ ☐ E/F _____ ☐ G _____ |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of North Carolina

In re  **PrecisionHawk, Inc.**

Debtor(s)

Case No.

Chapter  **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **15,000.00** |
| Prior to the filing of this statement I have received | $ | **15,000.00** |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

■ Debtor   ☐ Other (specify):

3.  The source of compensation to be paid to me is:

■ Debtor   ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **December 14, 2023** | **/s/ Jason L. Hendren** |
| *Date* | **Jason L. Hendren** |
| | *Signature of Attorney* |
| | **Hendren, Redwine & Malone, PLLC** |
| | **4600 Marriott Drive** |
| | **Suite 150** |
| | **Raleigh, NC 27612** |
| | **(919) 420-7867   Fax: (919) 420-0475** |
| | **jhendren@hendrenmalone.com** |
| | *Name of law firm* |

**United States Bankruptcy Court**
**Eastern District of North Carolina**

In re    **PrecisionHawk, Inc.** _____    Case No. _____
                                          Debtor(s)                    Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Chairman of the Board of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true

and correct to the best of my knowledge.

Date:    **December 14, 2023** _____    **/s/ Krister Pedersen** _____
                                                       **Krister Pedersen**/**Chairman of the Board**
                                                       Signer/Title

410 Glenwood Avenue Property, LLC
Attn: Managing Agent
3901 Barrett Drive, Ste 102
Raleigh, NC 27609-8000

BP America
Attn: Managing Agent
501 Westlake Park Blvd.
Houston, TX 77079

Clayton Morgan
5125 Milner Drive
Raleigh, NC 27606

Aerial Edge, LLC
Attn: Managing Agent
3901 Barrett Drive, Ste 102
Chatsworth, CA 91311

Brian Smith
204 Esquire Lane
Cary, NC 27513

Codahead
Attn: Managing Agent
Rydlowka 20
Krakow Poland

Aerial Edge, LLC
Attn: Managing Agent
4060 Fort Huger Drive
Smithfield, VA 23430

California Dept. of Revenue
Attn: Managing Agent or Officer
3321 Power Inn Road, Ste 210
Sacramento, CA 95826

Colorado Dept. of Revenue
Attn: Managing Agent
P.O. Box 17087
Denver, CO 80217

AES
Attn: Managing Agent
4300 Wilson Boulevard 11th Floor
Arlington, VA 22203

Calyx Energy III, LLC
Attn: Managing Agent
6120 S Yale Ave, Ste 1480
Tulsa, OK 74136

Concho Valley Electric Coop
Attn: Managing Agent
2530 Pulliam Street
San Angelo, TX 76905

Amazon Business
Attn: Managing Agent
410 Terry Ave N
Seattle, WA 98109

CDW Direct
Attn: Managing Agent
2245 Gateway Access Point, Ste 202
Raleigh, NC 27607

Corserva, Inc.
Attn: Managing Agent
100 Technology Drive
Trumbull, CT 06611

American Electric Power
Attn: Managing Agent
1 Riverside Plaza, 22nd Floor
Columbus, OH 43215

Checkr Inc.
Attn: Managing Agent
1 Montgomery Street
San Francisco, CA 94108

Delaware Division of Revenue
Attn: Managing Agent
820 North French Street
Wilmington, DE 19801

American Express
Attn: Managing Agent
P.O. Box 6031
Carol Stream, IL 60197

Chestek PLLC
Attn: Managing Agent
P.O. Box 2492
Raleigh, NC 27602

Department of Treasury
Financial Management Service
P.O. Box 1686
Birmingham, AL 35201

Baker & McKenzie, LLP
Attn: Managing Agent
300 East Randolph Street, Ste 5000
Chicago, IL 60601

Cintas Corporation
Attn: Managing Agent
1003 Twin Creek Court
Durham, NC 27703

Detechtion
Attn: Managing Agent
8 Greenway Plaza, Ste 1300
Houston, TX 77046

Bankruptcy Administrator, EDNC
434 Fayetteville Street
Suite 640
Raleigh, NC 27601

City of Virginia Beach
Attn: Managing Agent
2401 Courthouse Drive
Virginia Beach, VA 23456

DISA Inc.
Attn: Managing Agent
10900 Corporate Centre Dr, Ste 25
Houston, TX 77041

District of Columbia Dept. of Rev.
Attn: Managing Agent
1101 4th Street SW #270
Washington, DC 20024

DJI
DJI Sky City
No 55 Xianyuan Rd, Nanshan District
Shenzhen China

DLA Piper LLP
Attn: Managing Agent
4141 Parklake Avenue, Ste 300
Raleigh, NC 27612

Dominion Energy
Attn: Managing Agent
2400 Grayland Ave
Richmond, VA 23220

Drone Nerds Inc.
Attn: Managing Agent
5553 Anglers Avenue, Ste 109
Fort Lauderdale, FL 33312

Eastward Fund Management, LLC
Attn: Managing Agent
432 Cherry Street
West Newton, MA 02465

Equifax Information Services LLC
Attn: Managing Agent
P.O. Box 740241
Atlanta, GA 30374

eShares, Inc. dba Carta
Attn: Managing Agent
333 Bush Street
San Francisco, CA 94104

ESRI
Attn: Managing Agent
380 New York Street
Redlands, CA 92373

Eversheds Sutherland LLP
Attn: Lance Phillips
227 West Monroe St, Ste 6000
Chicago, IL 60606

Federal Express
Attn: Managing Agent
3875 Airways, ModuleH3 Dept 4634
Memphis, TN 38116

FirstEnergy Service Company
Attn: Managing Agent
800 Cabin HIll Drive
Greensburg, PA 15601

Florida Department of Revenue
Attn: Managing Agent
P. O. Box 6668
Tallahassee, FL 32314-6668

Formagrid, Inc. dba Airtable
Attn: Managing Agent
799 Market Street, 8th Floor
San Francisco, CA 94103

FPL/NextEra
Attn: Managing Agent
700 Universe Blvd.
North Palm Beach, FL 33408

Global Telecom Tech.
Attn: Managing Agent
P.O. Box 382828
Pittsburgh, PA 15251

Global Telecom Tech.
Attn: Managing Agent
2550 Eisenhower Ave Bldg A Ste A102
Norristown, PA 19403

Gowlings
Place Ville Marie Montreal, 3700-1
Qubec H3B3P4 Canada

Greenhouse Software, Inc.
Attn: Managing Agent
P.O. Box 392683
Pittsburgh, PA 15251

Greenhouse Software, Inc.
Attn: Managing Agent
228 Park Ave
New York, NY 10003-1502

Gresco
Attn: Managing Agent
1135 Rumble Road
Forsyth, GA 31029

Headwall Photonics Inc.
Attn: Managing Agent
580 Main Street
Bolton, MA 01740

HubSpot, Inc.
Attn: Managing Agent
2 Canal Park
Cambridge, MA 02141

Illinois Dept. of Revenue
Attn: Managing Agent
P.O. Box 19035
Springfield, IL 62794

Indiana Department of Revenue
Attn: Managing Agent
P.O. Box 7206
Indianapolis, IN 46207

Infared Inspections LLC
Attn: Managing Agent
2105 W. Cardinal Drive
Beaumont, TX 77705

Innovative Ventures
Attn: Managing Agent
38955 HIlls Tech Dr, Ste 100
Farmington, MI 48331

Inspired Flight
Attn: Managing Agent
225 Suburban Road
San Luis Obispo, CA 93401

KVS Technologies AS
Vestre Svanholmen 12
4313 Sandnes Norway

Mixpanel, Inc.
Attn: Managing Agent
One Front Street, Floor 28
San Francisco, CA 94111

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Leidos NISC IV
Attn: Managing Agent
400 Virginia Ave, Ste 500
Washington, DC 20024

Namely
Attn: Managing Agent
195 Broadway, 15th Floor
New York, NY 10007

Iowa Dept. of Revenue
Attn: Managing Agent
P.O. Box 10330
Des Moines, IA 50306

Lel Building Services
Attn: Managing Agent
5041 Corporate Woods Drive
Virginia Beach, VA 23462

NC Department of Revenue
Attn: Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168

Jaden Hewitt

Magellan Healthcare
Attn: Managing Agent
6303 Cowboys Way
Frisco, TX 75034

New Jersey Dept. of Revenue
Attn: Managing Agent
P.O. Box 245
Trenton, NJ 08695

Jamie Shelley
305 Kingfisher
Mc Cormick, SC 29835

Marathon Oil Company
Attn: Managing Agent
5555 San Felipe Road
Houston, TX 77056

New York Dept of Revenue
Attn: Managing Agent
P.O. Box 5300
Albany, NY 12205

Jim Slaight
1713 Spot Lane
Carolina Beach, NC 28428

Marshall & White, PC
Attn: Managing Agent
1629 K Street NW, Ste 300
Washington, DC 20006

NRECA
Attn: Managing Agent
4301 Wilson Blvd.
Arlington, VA 22203

KISI, Inc.
Attn: Managing Agent
45 Main Street, Ste 608
Brooklyn, NY 11201

Maryland Dept. of Revenue
Attn: Managing Agent
60 West Street, Ste 102
Annapolis, MD 21401

ON24, Inc.
Attn: Managing Agent
50 Beale Street, 8th Floor
San Francisco, CA 94105

Kopius, Inc.
Attn: Managing Agent
3005 112th Avenue, Ste 150
Bellevue, WA 98004

Memphis Light, Gas & Water
Attn: Managing Agent
220 S Main Street
Memphis, TN 38103

Onica
Attn: Managing Agent
1 Fanatical Place
San Antonio, TX 78239

Korey Macvittie
19 Addison Park Dr NW, Apt 311
Huntsville, AL 35806

Michigan Dept. of Revenue
Attn: Managing Agent
P.O. Box 30199
Lansing, MI 48909

Oracle
Attn: Managing Agent
2399 Oracle Way
Austin, TX 78741

Pennsylvania Department of Revenue
Attn: Managing Agent
P.O. Box 280407
Harrisburg, PA 17128

Rhode Island Division of Taxation
Attn: Managing Agent
One Capitol Hill, 1st Floor
Providence, RI 02908

Spright
Attn: Managing Agent
1445 N. Fiesta Blvd., Ste 101
Gilbert, AZ 85233

PG&E
Attn: Managing Agent
301 County Airport Road
Vacaville, CA 95688

Safety Skills
Attn: Managing Agent
519 NW 23rd Street
Oklahoma City, OK 73103

Statile Law
Attn: Managing Agent
4030 Wake Forest Road, Ste 349
Raleigh, NC 27609

Pix4dEU Lausanne
Attn: Managing Agent
Route de Renens 24
Prilly 1008 Switzerland

Shaan Luthra
14437 SE 89th Place
Renton, WA 98059

Steven Morris
400 W North St, Apt 806
Raleigh, NC 27603

Pointivo Inc.
Attn: Managing Agent
919 N. Market Street, Ste 950
Wilmington, DE 19801

SIA SPH Engineering
Attn: Managing Agent
Dzirnavu 62-9
Riga LV-1050 Latvia

TeamViewer
Attn: Managing Agent
5741 Rio Vista Drive
Clearwater, FL 33760

Potosi Farms
Attn: Managing Agent
2511 Potosi Road
Abilene, TX 79603

Skyline Exhibits & Events
Attn: Managing Agent
600 Airport Blvd. #1300
Morrisville, NC 27560

Terabase Energy, Inc.
Attn: Managing Agent
2222 Harold Way, Ste 200
Berkeley, CA 94704

Precision Hawk USA, Inc.
Attn: Managing Agent
8601 Six Forks Road, Ste 600
Raleigh, NC 27615

Slack Technologies, Inc.
Attn: Managing Agent
6031 Harris Technology Blvd.
Charlotte, NC 28269

Texas Dept. of Revenue
Attn: Managing Agent
P.O. Box 13528, Capital Station
Austin, TX 78711

PrecisionHawk Canada Inc.
Attn: Managing Agent
410 Glenwood Ave
Raleigh, NC 27603

Sloivi AB
Östra Hamngatan 19
411 06 Gothenburg, Sweden

U.S. Attorney, EDNC
Attn: Civil Process Clerk
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601

PrecisionHawk UK Ltd.
Attn: Managing Agent
410 Glenwood Ave
Raleigh, NC 27603

Smith Anderson Blount Dorsett
Attn: Managing Agent
150 Fayetteville St, Ste 2300
Raleigh, NC 27601

Utah Dept. of Revenue
Attn: Managing Agent
210 North 1950 West
Salt Lake City, UT 84134

PrecisionHawk USA, Inc.
Attn: Managing Agent
334 North State Avenue
Indianapolis, IN 46204

Southern California Edison Company
Attn: Managing Agent
2244 Walnut Grove Ave
Rosemead, CA 91770

Valence Group
Attn: Managing Agent
430 Austin Street, Ste B
San Antonio, TX 78215

Vanta Inc
Attn: Managing Agent
369 Hayes Street
San Francisco, CA 94102

Zoom
Attn: Managing Agent
55 Almaden Blvd., Ste 6000
San Jose, CA 95113

Velocity EHS
Attn: Managing Agent
222 Merchandise Mart Pl, Ste 1750
Chicago, IL 60654

Virginia Aviation Associates L.L.C.
Attn: Managing Agent
5172 W. Military Highway, Ste A
Chesapeake, VA 23321

Virginia Dept of Revenue
Attn: Managing Agent
P.O. Box 1115
Richmond, VA 23218

Washington State Dept. of Revenue
Attn: Bankruptcy Unit
2101 4th Ave, Suite 1400
Seattle, WA 98121

Webonise US LLC
Attn: Managing Agent
8354 Six Forks Road, Ste 204
Raleigh, NC 27615

Weights & Biases
Attn: Managing Agent
1479 Folsom Street
San Francisco, CA 94103

Willis Towers Watson NE, Inc.
Attn: Managing Agent
200 Liberty Street
New York, NY 10080

Wisconsin Dept. of Revenue
Attn: Managing Agent
P.O. Box 8949
Madison, WI 53708

# United States Bankruptcy Court
## Eastern District of North Carolina

In re    __PrecisionHawk, Inc.__ _____

Debtor(s)

Case No. _____

Chapter    __7__ _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   __PrecisionHawk, Inc.__   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Field Holding AS**
**Drammensveien 260**
**Vækerø Park 0283 Oslo**
**Norway**

☐ None [*Check if applicable*]

__December 14, 2023__ _____

Date

__/s/ Jason L. Hendren__ _____

**Jason L. Hendren**

Signature of Attorney or Litigant

Counsel for   __PrecisionHawk, Inc.__ _____

**Hendren, Redwine & Malone, PLLC**
**4600 Marriott Drive**
**Suite 150**
**Raleigh, NC 27612**
**(919) 420-7867 Fax:(919) 420-0475**
**jhendren@hendrenmalone.com**