UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:

PRECISIONHAWK, INC.                                                    CASE NO: 23-03634-5-PWM

    DEBTOR                                                              CHAPTER 7

**NOTICE OF PROPOSED PUBLIC SALE AND
NOTICE OF COMPENSATION OF AUCTIONEER**

<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

TO: ALL PARTIES IN INTEREST

Pursuant to 11 U.S.C. §363(b), Federal Rules of Bankruptcy Procedure 6004, 2002 (a), and 2002 (c) (1), notice is hereby given that JOHN C. BIRCHER III, Chapter 7 Trustee in the above referenced case ("Trustee") proposes to sell the following described property:

**ONLINE ONLY**

See attached Exhibit A (collectively the "Property")

Notice is further given that the Trustee proposes to sell the Property as follows:

**DATE & TIME: Noon EST on June 18, 2024 – Noon EST on June 20, 2024**

**Website:     www.countryboysauction.com**

*All items can be inspected at 1211 W 5th St. Washington, N.C. 27889*

An Order was entered authorizing employment and compensation of Country Boys Auction & Realty Co., Inc. as auctioneer whose compensation shall be fixed at a rate not to exceed the following:

                      PERSONAL PROPERTY
                      20% of first $20,000.00
                      10% of next $50,000.00
                      8% of balance

The above scale includes compensation for all expenses associated with conducting a sale, such as advertising, fliers, postage mailing, electronic mail and signage. The Auctioneer may apply to the Court for additional expenses such as hauling, repairs and assembly.

If you do not want the Court to allow the sale and compensation, or if you want the Court to consider your views on the sale and compensation, then on or before June 17, 2024**,** you or your attorney must file with the Court, pursuant to 9014-2, a written response, an answer explaining your position. If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

If a response and a request for hearing is filed in writing on or before the date set above, a hearing will be conducted on the notice at a date, time and place to be later set and all parties will be notified accordingly.

DATED: 05/22/2024

s/ John C. Bircher III
John C. Bircher III
N.C. State Bar No. 24119
DAVIS HARTMAN WRIGHT LLP
209 Pollock Street
New Bern, NC 28560
Telephone: (252) 514-2828
Facsimile:  (252) 514-9878
Email: jcb@dhwlegal.com

5/21/2024 16:37:57
Case 23-03634-5-PWM    Doc 72    Filed 05/22/24    Entered 05/22/24 11:45:37    Page 3 of 3
EXHIBIT A
Country Boys Auction & Realty
Remaining Auction Lots
407 - Commercial Drone Equipment Online Auction
Page: 1
v9.19-Clerking-31

| Lot# | Description | Quantity |
|---|---|---|
| 34 | DJI Inspire 2 - 09YDF6F0040171 - in hard case - with Zenuse X5S - (2) batteries, (1) charger, and (1) remote - with charging hub | 1 |
| 35 | DJI Inspire 2 - 0A0LFAW10700L2 - in hard case - (4) batteries, (1) remote - with charging hub - (4) propellers | 1 |
| 37 | Modified DJI Matrice 100 - NO SERIA L NUMBER - in hard case | 1 |
| 59 | DJI Matrice 210 V2 - 17TDG120020015 - with Matrice GPS compass - (2) batteries and (1) remote | 1 |
| 71 | DJI Matrice 200 V2 - 17S3K4B002K012 - (4) batteries - no remote | 1 |
| 80 | PrecisionHawk Fixed Wing Plane - (1) remote and (1) modem - no charger | 1 |
| 85 | PrecisionHawk Fixed Wing Plane - (1) remote - no charger | 1 |
| 97 | DJI MAVIC 2 Enterprise - 276DFCB0018JNU - (4) batteries and (1) remote | 1 |
| 100 | DJI MAVIC 2 Enterprise - 163CGCAR0A6GEQ - (7) batteries and (1) remote | 1 |
| 106 | DJI MAVIC 2 Pro - 1633J6J001M049 - (2) batteries - no remote - no propellers | 1 |
| 131 | DJI PHANTOM 4 Pro - 0AXCF120A30429 - (1) battery and (1) remote - has been wrecked - camera disconnected - frame broken | 1 |
| 135 | DJI PHANTOM 4 Pro - 0AXCF190A30419 - (2) batteries and (1) remote | 1 |
| 139 | DJI PHANTOM 4 Pro - 0AX3G2U005HH022 - (1) battery and (1) remote - no charger | 1 |
| 251 | DJI Ronin-M - Camera Stabilizer | 1 |
| 255 | DJI Ronin- M Camera stabilizer and tripod stand | 1 |
| 256 | DJI Ronin- M Camera stabilizer - No Tripod | 1 |
| 265 | ULTIMAKER 3 Extended 3D Printer with boxes of 3D printing filament - no power cord to printer | 1 |
| 350 | AERYON SkyRanger battery transport case | 1 |
| 351 | AERYON SkyRanger battery transport case | 1 |